KELLEY DRYE & WARREN LLP
  Lee S. Brenner (State Bar No. 180235)
  Sarah L. Cronin (State Bar No 252624)
  Ken D. Kronstadt (State Bar No. 259996)
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
lbrenner@kelleydrye.com
scronin@kelleydrye.com
kkronstadt@kelleydrye.com

Attorneys for Defendants Home Box Office, Inc., 7 Bucks Entertainment, Inc., Leverage Management, Inc., Dwayne Johnson, Mark Wahlberg and Stephen Levinson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETTE SILAS., an individual; and SHERRI LITTLETON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HOME BOX OFFICE, INC., a Delaware Corporation; STEPHEN LEVINSON, an individual; MARK WAHLBERG, an individual; DWAYNE JOHNSON, an individual; 7 BUCKS ENTERTAINMENT, INC., a Florida Corporation; LEVERAGE MANAGEMENT, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-09732 GW (FFMx)<br><br>Hon. George H. Wu<br><br>**DECLARATION OF LEE S. BRENNER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:       July 11, 2016<br>Time:       8:30 a.m.<br>Courtroom: 10<br><br>Trial Date:   None set<br><br>[*Notice of Motion and Motion; Request for Judicial Notice; Notice of Lodging; and [Proposed] Order filed concurrently herewith*] |

723163  DECLARATION OF LEE S. BRENNER IN SUPPORT OF MOTION TO DISMISS

I, Lee S. Brenner, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of Kelley Drye & Warren LLP, attorneys of record for Defendants Home Box Office, Inc. ("HBO"), 7 Bucks Entertainment, Inc., Leverage Management, Inc., Dwayne Johnson, Mark Wahlberg and Stephen Levinson (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion to Dismiss the First Amended Complaint of Plaintiffs Everette Silas and Sherri Littleton (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. Submitted herewith as **Exhibit 1** (manually filed; *see* Notice of Lodging) is a true and correct copy of a certified copy of Plaintiffs' *Off Season* movie trailer (full). I obtained the certified copy of Plaintiffs' registered work from the United States Copyright Office.

3. Submitted herewith as **Exhibit 2** (manually filed; *see* Notice of Lodging) is a true and correct copy of a certified copy of Plaintiffs' condensed (approximately 14 min.) *Off Season* movie trailer. I obtained a certified copy of Plaintiffs' registered work from the United States Copyright Office.

4. Submitted herewith as **Exhibit 3** is a true and correct copy of a certified copy of Plaintiffs' *Off Season* screenplay. I obtained a certified copy of Plaintiffs' registered work from the United States Copyright Office.

5. Submitted herewith as **Exhibit 4** is a true and correct copy of a certified copy of Plaintiffs' *Off Season* treatment/outline. I obtained a certified copy of Plaintiffs' registered work from the United States Copyright Office.

6. Submitted herewith as **Exhibit 5** (manually filed; *see* Notice of Lodging) is a true and correct copy of season one of the HBO Original Series *Ballers*. For ease of reference, this exhibit consists of ten (10) DVDs, each one containing an episode of *Ballers*.

7. Submitted herewith as **Exhibit 6** is a true and correct copy of a <u>certified</u> copy of the Certificate of Registration for Plaintiffs' *Off Season* movie trailer (full).

8. Submitted herewith as **Exhibit 7** is a true and correct copy of a <u>certified</u> copy of the Certificate of Registration for Plaintiffs' condensed *Off Season* movie trailer.

9. Submitted herewith as **Exhibit 8** is a true and correct copy of a <u>certified</u> copy of the Certificate of Registration for the Plaintiff's *Off Season* screenplay.

10. Submitted herewith as **Exhibit 9** is a true and correct copy of a <u>certified</u> copy of the Certificate of Registration for Plaintiffs' *Off Season* treatment/outline.

11. On April 4, 2016, I met and conferred with Kenechi R. Agu, counsel for Plaintiffs, pursuant to Local Rule 7-3 in regard to the instant motion. During that call, we discussed the substance of the instant motion, and I explained to Mr. Agu the legal and factual bases for the motion.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this date, April 15, 2016, at Los Angeles, California.

/s Lee S. Brenner
Lee S. Brenner