1 | KELLEY DRYE & WARREN LLP
Lee S. Brenner (State Bar No. 180235)
2 | Sarah L. Cronin (State Bar No 252624)
Ken D. Kronstadt (State Bar No. 259996)
3 | 10100 Santa Monica Boulevard
Twenty-Third Floor
4 | Los Angeles, CA 90067-4008
Telephone: (310) 712-6100
5 | Facsimile: (310) 712-6199
lbrenner@kelleydrye.com
6 | scronin@kelleydrye.com
kkronstadt@kelleydrye.com
7 |
Attorneys for Defendants Home Box
8 | Office, Inc., 7 Bucks Entertainment, Inc.,
Leverage Management, Inc., Dwayne
9 | Johnson, Mark Wahlberg and Stephen
Levinson
10 |

11 | **UNITED STATES DISTRICT COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13 EVERETTE SILAS., an individual; and SHERRI LITTLETON, an 14 individual, | Case No. 2:15-cv-09732 GW (FFMx) |
| | Hon. George H. Wu |
| 15 Plaintiffs, | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| 16 v. 17 | |
| HOME BOX OFFICE, INC., a 18 Delaware Corporation; STEPHEN LEVINSON, an individual; MARK 19 WAHLBERG, an individual; DWAYNE JOHNSON, an individual; 20 7 BUCKS ENTERTAINMENT, INC., a Florida Corporation; LEVERAGE 21 MANAGEMENT, INC., a California Corporation; and DOES 1-10, 22 inclusive, | Date: July 11, 2016 Time: 8:30 a.m. Courtroom: 10 |
| | Trial Date: None set |
| 23 Defendants. | *[Notice of Motion and Motion; Declaration of Lee S. Brenner; Notice of Lodging; and [Proposed] Order filed concurrently herewith]* |

24
25
26
27
28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

720965

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Home Box Office, Inc. ("HBO"), 7 Bucks Entertainment, Inc., Leverage Management, Inc., Dwayne Johnson, Mark Wahlberg and Stephen Levinson (collectively, "Defendants") hereby request that the Court take judicial notice that certain ideas and elements are common and standard to previously published creative works.

Defendants respectfully seek judicial notice of facts not reasonably in dispute, from publicly available sources, which show that the allegedly similar elements which form the basis of Plaintiffs Everette Silas and Sherri Littleton's ("Plaintiffs") First Amended Complaint ("FAC") are generic elements that have appeared in many other publicly available works.

It is not subject to reasonable dispute that entertainment works (and published news reports) have frequently included storylines and materials describing the off-field experiences and lifestyles of professional football players, and that a number of elements are common to these works, such as:

(a) images of football stadiums, stadium lights and football helmets;

(b) cocky football players driving flashy sports cars;

(c) football players wearing flashy chains or neck "bling";

(d) hip-hop music;

(e) infidelity and players cavorting with numerous beautiful women;

(f) players getting into fights;

(g) hard partying and drug use (including at clubs and bars); and

(h) reporters interviewing athletes.

The fact that these elements are common to many films, television programs and literary works is not subject to reasonable dispute, and their prevalent use is generally known within the territorial jurisdiction of the Court and is capable of

/ / /

/ / /

1

accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Thus, judicial notice is appropriate here.[1]

## I.

### THE COURT HAS AUTHORITY TO TAKE JUDICIAL NOTICE OF GENERIC ELEMENTS COMMONLY USED IN CREATIVE WORKS

Rule 201 of the Federal Rules of Evidence provides that a court may take judicial notice of a fact "not subject to reasonable dispute" that is "generally known within the territorial jurisdiction of the trial court."  Fed R. Evid. 201(b)(1).

Courts frequently take judicial notice of generic elements that are prevalent in creative works.  *See, e.g., Zella v. E.W. Scripps Co.,* 529 F. Supp. 2d 1124, 1129 (C.D. Cal. 2007) (taking judicial notice of the fact that a host, guest celebrities, an interview, and a cooking segment are common elements in television shows because "these elements are generally known and can be verified simply by watching television for any length of time"); *Pelt v. CBS, Inc.*, No. CV-92-6532 LGB (SHx), 1993 U.S. Dist. LEXIS 20464, at *7-8 & n.3 (C.D. Cal. Oct. 25, 1993) (taking judicial notice of fact that nearly every television talk show has elements of a moderator, a topic for discussion and guests, and stating that such elements therefore do not receive copyright protection); *Walker v. Time Life Films, Inc.*, 615 F. Supp. 430, 438 (S.D.N.Y. 1985), *aff'd,* 784 F.2d 44 (2d Cir. 1986), *cert. denied*, 476 U.S. 1159 (1986) (taking judicial notice "that members of the New York Police

---

[1] Defendants have filed, concurrently herewith, a motion to dismiss Plaintiffs' FAC on the grounds that, as a matter of law, Plaintiffs cannot establish that the HBO Original Series *Ballers* is substantially similar in protected expression to Plaintiffs' four *Off Season* works.  To grant the motion, the Court need only compare the works at issue.  The works themselves independently demonstrate there is no substantial similarity as a matter of law.   Defendants submit this request for judicial notice to further support the inevitable conclusion that none of Plaintiffs' alleged similarities (such as an athlete partying, using drugs, and cavorting with beautiful women) are protectable under the Copyright Act because they are commonplace, generic, stock elements.

Department are often portrayed as Irish, smokers, drinkers, and third or fourth generation police officers"); *DuckHole Inc. v. NBC Universal Media LLC*, No. CV 12-10077 BRO (CWx), 2013 U.S. Dist. LEXIS 157305, at *8-9 (C.D. Cal. Sept. 6, 2013) (taking judicial notice of "common elements of a veterinary hospital which include the setting that contains an operating room, examining room, a lobby, and pets"); *Gal v. Viacom Int' l, Inc*., 518 F. Supp. 2d 526, 546-47 (S.D.N.Y. 2007) (taking judicial notice of third party works to show that allegedly similar elements were not protectable); *Willis v. Home Box Office*, No. 00 Civ. 2500 (JSM), 2001 U.S. Dist. LEXIS 17887, at *5 (S.D.N.Y. Nov. 2, 2001) ("[I]t does not strain the concept of judicial notice to observe that books, movies and television series are full of . . . unethical men and women in a variety of businesses.").

Courts reviewing publicly available works also have found that certain types of characters are commonplace and cannot be owned by a plaintiff claiming copyright infringement.  For example, in *Eaton v. National Broadcasting Co.*, 972 F. Supp. 1019 (E.D. Va. 1997), the court refused to provide protection for the general character of a six-year old African American boy who was "cute" and "precocious," stating:

> In fact, any television fan can name a handful of precocious child characters featured in televised series over the years.  In particular, two especially cute and bright African-American characters immediately spring to mind: Arnold Jackson, portrayed by Gary Coleman, in the NBC sitcom *Diff'rent Strokes*, and Webster Long, portrayed by Emmanuel Lewis, in the ABC situation comedy *Webster.*  Thus, the idea of an amusing child character is not original to [the plaintiff].

*Id.* at 1028 n.16 & 1029.  The court also refused to provide protection to a male character who was "corpulent" and "humorous":

> The concept or idea of a humorous, corpulent character is also not especially distinctive.  In recent years, numerous shows have featured

720965

1         such characters.  Prominent among them have been Norm, as portrayed

2         by George Wendt, in the NBC sitcom *Cheers*, Dan, as portrayed by

3         John Goodman, in the ABC comedy *Roseanne*, Newman, as portrayed

4         by Wayne Knight, in the NBC series *Seinfeld*; and Rerun, as portrayed

5         by Fred Berry, in the syndicated show *What's Happening!!*

6   *Id.* at 1028 n.17 & 1029.  Other courts have held the same.  *Shame on You Prods.,*

7   *Inc. v. Banks*, No. CV 14-03512 MMM (JCx), 2015 WL 4885221 *27 (C.D. Cal.

8   Aug. 14, 2015) ("a pretty blonde in her thirties is not a character that can be

9   copyrighted"); *Alexander v. Murdoch*, No. CV 10–5613 PAC JCF, 2011 WL

10  2802899, *10 (S.D.N.Y. May 27, 2011) ("stunningly beautiful, fiery,

11  temperamental, Latina mother, with a thick accent, who's in love with her

12  Caucasian [ex-husband/husband] and always makes him do the right thing,

13  especially where her son is concerned . . . is a stock character and therefore not

14  copyrightable").

15        This Court similarly has authority to take judicial notice of the fact that

16  certain elements are commonplace and prevalent in creative works and should do so

17  here.

18  **II.**

19  **THE SAME GENERIC ELEMENTS THAT PLAINTIFFS CLAIM THEIR**

20  **_OFF SEASON_ WORKS AND _BALLERS_ HAVE IN COMMON CAN BE**

21  **FOUND IN NUMEROUS PRIOR WORKS**

22        Creative works involving the sometimes wild and hedonistic lifestyles of

23  football players off of the field are prevalent and have been around for decades.

24        1.    *Number One* (1969), submitted herewith as Ex. A (manually filed; *see*

25  Notice of Lodging).  The film features the lives of professional football players.  It

26  opens with a football stadium (00:30), there are beautiful women (16:00), a fancy

27  party with beautiful women (17:23), marital infidelity (22:30 & 24:56) and a police

28  officer takes a bribe to look the other way (24:00).

2.      *Semi-Tough* (1977), submitted herewith as Ex. B (manually filed; *see* Notice of Lodging).  The film features the off-field lives of professional football players.  The film opens with a football stadium (00:30), is set in Miami (00:44 & 1:40), orgies are mentioned (6:51), limousines are shown (8:46) and there is an interview with players about their off-field activities (1:15:00).

3.      *North Dallas Forty* (1979), submitted herewith as Ex. C (manually filed; *see* Notice of Lodging).  *North Dallas Forty* is a film about the off-field lives of professional football players.  The main character and other players smoke marijuana (3:20,17:01 & 1:48:33), the players have a raging party with beautiful women at a mansion with a pool (7:14), there is a religious player (10:52 & 1:23:15), more beautiful women are featured, along with a fight between the players (12:20), and a character notes that "these girls know what happens at these parties; that's why the come here" (17:00).

4.      *1st & Ten* (first season) (1984-85), submitted herewith as Ex. C (manually filed; *see* Notice of Lodging).  *1st & Ten* is an HBO comedy about the off the field antics of professional football players.  Each episode opens with an image of a football stadium.  Episode 2 features a fight.  (13:55-14:44.)  Episode 3 features marital infidelity by players (9:40) and beautiful women (14:21-15:06.)  Episode 4 features beautiful women (4:35) and a player doing cocaine (5:05 & 8:12.)  Episode 6 features a house party with beautiful women.  (1:15.)  Episode 7 features marital problems involving infidelity (5:15) resulting from a football player's involvement with "hookers" (14:00).  Episode 8 features marital infidelity and beautiful women. (5:25.)

5.      *Everybody's All-American* (1988), submitted herewith as Ex. E (manually filed; *see* Notice of Lodging).  The film tells the story of a Louisiana football legend struggling to deal with life's complexities and the challenge of professional football after his college career is over.   The film features multiple shots of the stadium (00:23, 5:53) and stadium lights (5:53, 30:40).  Off the field,

REQUEST FOR  JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

players engage in hard partying (45:21) and fighting (28:19).  The star player – and his wife – each engage in infidelity.  (24:03, 45:21, 1:21:46.)  A retired football player is shot in the bar he partially owns.  (1:01:09.)

6.     *North Dallas After 40*, by Peter Gent (1989), submitted herewith as Ex. F (manually filed; *see* Notice of Lodging).  This novel (the sequel to the book *North Dallas Forty*, on which the film of the same name was based) features athletes driving exotic cars (pp. 281, 292-93), players using cocaine, PCP, methamphetamines, steroids and painkillers (pp. 119, 129, 316, 370, 372), hard partying (pp. 121, 174), beautiful women (pp. 120-21, 143-44, 180, 294), and infidelity, including a player's wife being unfaithful (pp. 75-76).

7.     *Any Given Sunday* (1999), submitted herewith as Ex. G (manually filed; *see* Notice of Lodging).  The film takes place in Miami, and follows a professional football team.  The film uses multiple shots of a stadium (0:45, 1:52, 1:53:40, 2:25:25), stadium lights (23:02, 1:17:28, 1:29:20), and football helmets (1:28:02).  Off the field, the players engage in hard partying (1:22:00), drug use (*id.*), including a scene in which a player snorts cocaine off of a naked woman's body (46:31), beautiful women (26:27), and the players are constantly unfaithful to their wives and girlfriends.  The main character is the new quarterback for the team, who is cocky and drives a flashy sports car.  (1:24:10.)  Hip-hop music is featured throughout the film.  (*See e.g.,* 41:10, 51:52, 2:10:27.)  The press follows the players' off-field exploits closely and an interview with the new star quarterback is featured prominently in the film.  (1:03:40, 1:05:50, 1:11:40.)  At one point the players all attend a ball at a mansion.  (43:39.)

8.     *The Replacements* (2000), submitted herewith as Ex. H (manually filed; *see* Notice of Lodging).  The film follows a professional football team that is struggling to make the playoffs and is forced to hire substitute players during a labor strike.  The film uses multiple shots of the stadium (3:23, 5:10, 5:48, 6:25, 8:45, 11:11, 30:11, 34:36, 1:21:13, 1:31:43), stadium lights (3:23, 5:48, 30:11, 31:05,

1:31:43, 1:39:22), football helmets (1:44:20, 1:49:19) and of players wearing flashy chains/bling (11:54, 24:24, 53:03, 59:08, 59:52).  Off the field, players engage in hard partying, (1:26:52), fighting (35:24, 50:15), and gunplay (59:12) and enjoy the company of beautiful women (1:27:11).  Hip-hop music is featured throughout the film.  (23:24, 24:45, 25:14, 26:17, 43:02, 1:11:16.)  Interviews with players, including the star replacement quarterback, and coaches are interspersed throughout the film.  (3:01, 1:20:56, 1:36:56.)  One of the players is deeply religious and even carries a Bible.  (12:26, 51:12.)

   9.   *Playmakers* (2003), submitted herewith as Ex. I (manually filed; *see* Notice of Lodging).  The television series shows the lives of football players off of the field.

   Episode 1: The pilot episode opens with hip-hop music and helmets inside a football stadium.  It then shows multiple women in bed with a football player, "bling" around the player's neck and cocaine use.  (Ep. 1 at 5:20-5:36.)  Other elements include: fast, expensive cars (Ep. 1 at 13:20), more cocaine use (Ep. 1 at 14:08, 22:15 & 31:05), a player doing cocaine off of a woman's body (18:54), a player attempting to bribe a police officer (15:00), a pool party with many women (18:45), a fight between players (22:52), hip-hop music (26:40), and a person who dies (28:51).

   Episode 2 shows the financial worries of players (Ep. 2 at 8:52), a limousine (10:33), more bling (10:47), a dance club featuring beautiful women (11:20-12:31 & 22:30), more cocaine use (12:31), an expensive car (21:28), and a player doing more drugs (22:30).

   Episode 3 features a dead person (Ep. 3 at 1:44), a gunshot heard in a dance club (2:30), beautiful women and sex in a bathroom club (2:37 & 38:34), bling around the neck (4:10 & 12:50), players starting to fight (5:42), an entourage (12:33), a player doing cocaine (16:04 & 16:16), a player having sexual intercourse (18:17) and a club with women (37:03).

REQUEST FOR  JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

720965

1       Episode 4 features a club scene with beautiful women (Ep. 4 at 2:15),

2   beautiful women and bling at a club (2:46), an interview with a player about his life

3   and problems off of the field (18:30), another club scene with hip-hop music and

4   women (37:35 & 37:47) and a limousine and more cocaine use (44:09).

5       10.   *Red Zone*, by Mike Lupica (2003), submitted herewith as Ex. J

6   (manually filed; *see* Notice of Lodging).  This novel features a retired professional

7   football player named "A.T.M." who owns a restaurant and bar called "Yum,"

8   which features "up-and-coming models . . . modeling bad-girl, see-through lingerie"

9   as the waitresses (p. 67), and a "spa" in which professional football players have sex

10  with the "Yum" waitresses (pp. 68, 130), marijuana and drug use (*see e.g.,* pp. 41,

11  129, 304), a player who has a "fondness for booze, drugs, parties, hookers, busting

12  up bars, high-speed chases[,] [a]nd guns" (p. 123), media interviews with the players

13  (*see e.g.*, p. 124), a quarterback who gets in a fight in a bar and the story is covered

14  by the media (p. 232) and a player who wears "a rather incredible amount of

15  jewelry:  earrings in both ears, two gold necklaces – one long, one short – one Super

16  bowl ring" (p. 71).

17      11.   *A Face in the Crowd – My Life as an NFL Wife* (2004), submitted

18  herewith as Ex. K (manually filed; *see* Notice of Lodging).  This novel features a

19  behind-the-scenes look at the lives of NFL football players and their families, and

20  features: "Off-Season Highlights" (p. 43), hard partying, including at clubs and bars

21  (pp. 43-44), interviews with players (p. 45), crowds of media and celebrities, and a

22  "parking lot [that] looked like a luxury car dealership" (p. 49), "an NFL parade of

23  hobnobbing athletes, extremely attractive and provocative female 'fans,' expensive

24  clothes, jewelry, cigars and alcohol, completely engendering exactly what people

25  perceive the NFL to always be" (p. 49), "off-season" lives of players (pp. 50 &

26  111), "Groupies, Cheerleaders and Infidelity" (p. 84), "[o]ne player often had an

27  entourage of scantily-clad women in tow, which once awaited him in a limo" (p.

28  84), "hookers" (p. 85), player infidelity (p. 86), more infidelity in the NFL (p. 87),

infidelity and photos taken of the incident (pp. 106-07), an expensive boat (p. 114), expensive bling ($100,000 watches), "luxury cars and tricked-out SUVs" and "big houses with even bigger price tags" (p. 230), and a player who "lived the lifestyle. He went out all the time, always had an entourage on his tab and liked fancy cars and limousines."  (p. 230).

12.    *The Game* (second season) (2007-2008), submitted herewith as Ex. L (manually filed; *see* Notice of Lodging).  The television show is a comedy that follows the lives of professional football players and their wives and girlfriends off the field.

Disk One:  The opening titles of Episode 1 show a stadium, helmets and stadium lights (4:30).  The episode features a football player cheating on his girlfriend (2:48), a player with bling around his neck (6:53, 10:30), a fight between players (6:55), and a religious player (16:46).  Episode 3 features a player's decked out, fancy "magic room," bling (00:18, 1:49) and a religious player (5:40).  Episode 6 features a player who is impotent because he takes steroids, and takes Viagra to compensate (8:53 & 9:33), and also features a fight between players (9:56).

Disk Two:  Episode 1 features hip-hop music and a player's fancy car (00:16), an interview regarding a player's off-field life (00:33 & 6:45), bling (00:56), a player's "one-half million dollar car" (1:19), and a player on steroids (18:32).  Episode 2 features an interview of a player regarding his off-field life (18:53).  Episode 3 features a player's flashy car and beautiful women (00:04-00:50), and that player has a sign in his room that reads "What The Ballers Wear."

Disk Three:  Episode 1 opens with a nightclub (00:01) and the opening titles always show a stadium, helmets and stadium lights (2:00).  The episode features a club with hip-hop music (9:15) and a religious player (12:20).  Episode 5 features a fancy party with players, beautiful women and bling (2:23).  Episode 7 once again features a dance club with hip-hop music.  (00:01.)

/ / /

13.     *Interceptions*, by Staci Robinson (2007), submitted hereto as Ex. M (manually filed; *see* Notice of Lodging).  This book features athletes driving sports cars (pp. 73, 146, 240-41), beautiful women (pp. 160-62, 226-27), and rampant infidelity (pp. 83, 123, 125, 160-62, 226-27).

14.     *The Game* (third season) (2008-2009), submitted herewith as Ex. N (manually filed; *see* Notice of Lodging).

Disk One:  Each episode opens in a football stadium, with stadium lights, and two players in helmets diving on a football.  (*See e.g.,* Ep. 1 2:50.)  The main male character is a "rich, famous, athlete" (3:52), who drives "a brand new Porsche" (4:40), and wears a large gold chain around his neck (*id.*).  Off the field, the players are constantly surrounded by beautiful women (*see e.g.*, Ep. 7 6:20, 9:57), partying at night clubs (*see e.g.*, Ep. 3 16:40), hip-hop music (*see e.g.*, *id.*), and display their wealth through expensive vehicles and jewelry (*see e.g.*, Ep. 4 0:20, 0:30, 9:04).

Disk Two:  The players are surrounded by beautiful women (*see e.g.*, Ep. 1 0:20, 11:09) and there is frequent infidelity (*see e.g.*, *id.* 6:00, Ep. 6 8:00).  The players' off-field exploits are followed closely by the press who interview the players.  *See e.g.,* Ep. 3 16:40.  There is also steroid use.  Ep. 3 20:20.  The players frequently display their wealth through expensive vehicles and jewelry.  *See e.g.*, Ep. 4 3:19.

Disk Three:  The players are surrounded by beautiful women (*see e.g.,* Ep. 1 11:42, 14:03, Ep. 7 9:50), and display their wealth through expensive vehicles and jewelry (*see e.g.*, Ep. 7 5:04).

15.     *Married To A Balla*, by Jackie D. (2011), submitted herewith as Ex. O (manually filed; *see* Notice of Lodging).  The novel tells the story of a woman who flees her Miami home with her children to escape the clutches of her husband, a defensive tackle for the Miami Dolphins.  (pp. 1, 4, 116).  The title of the novel uses a variant of the word "Baller."  The novel features a cocky football player wearing a twelve-carat black ice diamond chain (p. 2), using cocaine (pp. 77, 78), engaging in

hard partying (p. 167), infidelity (pp. 37, 38-41), and fighting (p. 168). The book features hip hop music (pp. 119, 167, 196), numerous beautiful women/groupies (pp. 1-2, 38-41, 119-129 and 167), and an extravagant party featuring a live band and attended by "professional ball players, rappers and A-list actors" (p. 1).

16.     *People v. OJ Simpson* (2016), Episode 4, "100% Not Guilty." In this episode of *The People v. OJ Simpson*, it shows a flashback of Simpson (a former professional football player) at a club with beautiful women, loud music, and he snorts cocaine off of a woman's body. *See* Nicole Jones, "The People v. O.J. Simpson Recap: Episode 4 Fact Check," Vanity Fair (February 23, 2016), http://www.vanityfair.com/hollywood/2016/02/people-v-oj-simpson-episode-4-recap, a true and correct copy of which is attached hereto as Exhibit P. This episode No. 4 is also available on FX On Demand at 1:18 (showing this clip regarding cocaine use off of a woman's body).

17.     Many of these same elements also have been described in published news reports about professional football players. *See, e.g*, Julian Bonny, "NFL Players Really Do Live Like Ballers During The Offseason (Photos)", Elite Daily (July 28, 2015), http://www.elitedaily.com/sports/nfl-players-spend-money-ballers-photos/1146143/, a true and correct copy of which is attached hereto as Exhibit Q. This article states that it is a photographic depiction of NFL players "do[ing] whatever the f*ck they want with their enormous contracts." The photographs depict actual NFL players partying in the offseason, including on boats (pp. 1, 4, 5, 13, 19, 26), cavorting with beautiful women (pp. 1, 4, 5, 13, 16-19), driving exotic sports cars (at pp. 6-9, 12) and wearing jewelry/bling (pp. 1, 3, 6-9, 13, 15). Similarly, an article appearing on bostonglobe.com entitled "Fun and games aboard Rob Gronkowski's cruise," a true and correct copy of which is attached hereto as Exhibit R, describes "The Gronk's Party Ship," a three-day cruise from Miami to the Bahamas hosted by New England Patriots Tight End Rob Gronkowski for nearly 700 fans during the NFL offseason. The article states that the partying lasted until 4

1  a.m., involved heavy drinking, "throngs of women," dancing and live hip-hop

2  performances.  (*Id*.)

3  ### III.

4  ### <u>THE NAME "ANN" AND VARIANTS THEREOF IS COMMON IN</u>

5  ### <u>ENTERTAINMENT WORKS</u>

6  The name "Ann" or variants thereof is common to entertainment works.  For

7  example:

8  1. Twenty-three modern entertainment works feature characters named

9  "Anamaria," "Ana Maria," or "Anna Maria."  *See* IMDB Reports, true and correct

10  copies of which are attached hereto as Exhibit S.

11  2. The love interest of the star quarterback in *The Replacements* (2000) is a

12  woman who owns a bar, and is named Annabelle.  *See* Ex. H, above, *The*

13  *Replacements* at 28:05, 1:13:26-1:13:46.

14  3. The football film *Easy Living* (1949), submitted herewith as Ex. T

15  (manually filed; *see* Notice of Lodging), features a character named "Anne."

16  4. The film *Trouble Along the Way* (1953), submitted herewith as Ex. U

17  (manually filed; *see* Notice of Lodging), features a former football player with an

18  ex-wife named "Anne."

19  5. The football film *Number One* (1969) features marital infidelity with a

20  mistress named "Ann."  *See* Ex. A, above, *Number One* at 22:30 & 24:56.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# III.

## CONCLUSION

For all of the foregoing reasons, Defendants respectfully request that the Court grant their request for judicial notice.


DATED: April 15, 2016          KELLEY DRYE & WARREN LLP
                               Lee S. Brenner
                               Sarah L. Cronin
                               Ken D. Kronstadt

                               By  /s Lee S. Brenner
                               _____
                                   Lee S. Brenner
                               Attorneys for Defendants Home Box Office,
                               Inc., 7 Bucks Entertainment, Inc., Leverage
                               Management, Inc., Dwayne Johnson, Mark
                               Wahlberg and Stephen Levinson

13

REQUEST FOR  JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

720965