d KELLEY DRYE & WARREN LLP
Lee S. Brenner (State Bar No. 180235)
Sarah L. Cronin (State Bar No 252624)
Ken D. Kronstadt (State Bar No. 259996)
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:  (310) 712-6199
lbrenner@kelleydrye.com
scronin@kelleydrye.com
kkronstadt@kelleydrye.com

Attorneys for Defendants Home Box Office, Inc., 7 Bucks Entertainment, Inc., Leverage Management, Inc., Dwayne Johnson, Mark Wahlberg and Stephen Levinson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVERETTE SILAS., an individual; and SHERRI LITTLETON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HOME BOX OFFICE, INC., a Delaware Corporation; STEPHEN LEVINSON, an individual; MARK WAHLBERG, an individual; DWAYNE JOHNSON, an individual; 7 BUCKS ENTERTAINMENT, INC., a Florida Corporation; LEVERAGE MANAGEMENT, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  CV 15-9732-GW(FFMx)<br><br>Hon. George H. Wu<br><br>**JUDGMENT DISMISSING PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

By written Minute Order entered July 26, 2016 (Dkt. 32), the Court dismissed Plaintiffs Everette Silas and Sherri Littleton's ("Plaintiffs") copyright claim against Defendants Home Box Office, Inc. ("HBO"), 7 Bucks Entertainment, Inc., Leverage Management, Inc., Dwayne Johnson, Mark Wahlberg and Stephen Levinson (collectively, "Defendants") based on the HBO Original Series *Ballers* against all Defendants, finding that Plaintiffs' works are not substantially similar to the HBO Original Series *Ballers* within the meaning of the Copyright Act.  The Court further ordered that the above-captioned action is dismissed with prejudice.  (*Id*.)

**NOW, THEREFORE, IT IS ORDERED ADJUSTED AND DECREED** that:

1. Pursuant to the Court's Minute Order entered July 26, 2016, which is incorporated herein by reference, Plaintiffs' First Amended Complaint is dismissed in its entirety, with prejudice.

2. Defendants are the prevailing parties in this action and are entitled to their costs.

3. Requests for attorneys' fees may be made by regularly noticed motion to the Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure and any other rules and statutes, including Section 505 of the United States Copyright Act.

4. Requests for costs may be made by application to the Clerk of the Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure, and any other applicable rules and statutes.

**IT IS SO ORDERED**.

DATED:  July 29, 2016

_____
GEORGE H. WU, U.S. District Judge

Presented by:

KELLEY DRYE & WARREN LLP

　/s Lee S. Brenner
　Lee S. Brenner
Attorneys for Defendants Home Box Office, Inc., 7 Bucks Entertainment, Inc., Leverage Management, Inc., Dwayne Johnson, Mark Wahlberg and Stephen Levinson