KELLEY DRYE & WARREN LLP
  Lee S. Brenner (State Bar No. 180235)
  Sarah L. Cronin (State Bar No 252624)
  Ken D. Kronstadt (State Bar No. 259996)
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, CA 90067-4008
Telephone:   (310) 712-6100
Facsimile:   (310) 712-6199
lbrenner@kelleydrye.com
scronin@kelleydrye.com
kkronstadt@kelleydrye.com

Attorneys for Defendants Home Box Office, Inc., 7 Bucks Entertainment, Inc., Leverage Management, Inc., Dwayne Johnson, Mark Wahlberg and Stephen Levinson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVERETTE SILAS., an individual; and SHERRI LITTLETON, an individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>HOME BOX OFFICE, INC., a Delaware Corporation; STEPHEN LEVINSON, an individual; MARK WAHLBERG, an individual; DWAYNE JOHNSON, an individual; 7 BUCKS ENTERTAINMENT, INC., a Florida Corporation; LEVERAGE MANAGEMENT, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.  2:15-cv-09732 GW (FFMx)<br><br>Hon. George H. Wu<br><br>**DEFENDANTS' REQUEST FOR PUBLICATION OF ORDER ENTERED JULY 26, 2016 DISMISSING PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**TO THE COURT**:

On July 26, 2016, the Court entered an Order dismissing Plaintiffs Everette Silas and Sherri Littleton's First Amended Complaint against Defendants Home Box Office, Inc., 7 Bucks Entertainment, Inc., Leverage Management, Inc., Dwayne Johnson, Mark Wahlberg and Stephen Levinson (collectively, "Defendants"), in its entirety, with prejudice. *See* Dkt. 32 (the "Order"). The Order is attached hereto as Attachment A. Defendants respectfully request that the Court recommend that the Order be published in an official (or unofficial) reporter.

DATED: August 8, 2016         KELLEY DRYE & WARREN LLP
                              Lee S. Brenner
                              Sarah L. Cronin
                              Ken D. Kronstadt

                              By   /s Lee S. Brenner
                                   Lee S. Brenner
                              Attorneys for Defendants Home Box Office, Inc., 7 Bucks Entertainment, Inc., Leverage Management, Inc., Dwayne Johnson, Mark Wahlberg and Stephen Levinson

---

1
REQUEST FOR PUBLICATION OF ORDER ENTERED JULY 26, 2016 DISMISSING PLAINTIFFS' FIRST AMENDED COMPLAINT

727176